IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 10- 10114 |
| ) | |
| KEVIN HUNT, ) | VIO: Title 29, United States Code, |
| ) | Section 439 (b) |
| ) | |
| Defendant. ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

At all times material, United Transportation Union Local 198 (hereafter, "union") was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq.

That on or about July 2, 2008, in the Central District of Illinois and elsewhere,

KEVIN HUNT,

the defendant herein, did make a false statement and representation of material fact knowing it to be false in a report and document required to be filed by the union with the Secretary of Labor pursuant to Section 431 of Title 29, United

States Code, that is the annual financial report form LM3 for the union's fiscal year ending on December 31, 2007 in that the defendant failed to accurately report the amount of money received by the defendant;

In violation of Title 29, United States Code, Section 439 (b).

UNITED STATES OF AMERICA

JAMES A. LEWIS
*UNITED STATES ATTORNEY*


S:/Darilynn J. Knauss
Darilynn J. Knauss
Supervisory Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309-671-7050